AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IVAN RADIC<br><br>*Plaintiff(s)*<br><br>v.<br><br>DR. JENNIFER HASTINGS DC, P.A. d/b/a CAFÉ OF LIFE CHIROPRACTIC AND WELLNESS CENTER<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-61884 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. JENNIFER HASTINGS DC, P.A. d/b/a CAFÉ OF LIFE CHIROPRACTIC AND WELLNESS CENTER
c/o Jennifer Hastings
16024 Pines Blvd #104
Cooper City, FL 3302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/10/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Mary Etienne

Deputy Clerk
U.S. District Courts